Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,

# UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| | |
|---|---|
| MELISSA MURISON, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| THUNDERBIRD COLLECTION SPECIALISTS, | **(Unlawful Debt Collection Practices)** |
| Defendant. | |

## PLAINTIFF'S COMPLAINT

MELISSA MURISON (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against THUNDERBIRD COLLECTION SPECIALISTS (Defendant):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant is a national company and conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6. Plaintiff is a natural person residing in Paradise Valley, Arizona.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company and conducts business in the state of Arizona.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant places collection calls to Plaintiff before 8:00 am.

13. Defendant places approximately three (3) collection calls to Plaintiff every day seeking and demanding payment for an alleged consumer debt.

14. Defendant uses rude and abusive language while seeking and demanding payment. Specifically, Defendant stated "get off your butt and got get a job at Circle K" while seeking and demanding payment for the alleged consumer debt.

15. Defendant fails to properly identify itself when placing collection by failing to leave a message.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:
    a. Defendant violated *§1692c(a)(1)* of the FDCPA by contacting Plaintiff at a time and place known to be inconvenient.
    b. Defendant violated *§1692d* of the FDCPA by conducting in a nature with the natural consequences of which to harass, oppress, or abuse any person.
    c. Defendant violated *§1692d(2)* of the FDCPA by using abusive language in an attempt to collect the alleged debt.
    d. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.
    e. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls and failing to disclose his/her identity.
    f. Defendant violated *§1692e* of the FDCPA by using other false, deceptive, or misleading representation or means in connection with the debt collection.
    g. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by threatening to garnish Plaintiff's wages when Defendant did not intend to do so.

WHEREFORE, Plaintiff, MELISSA MURISON, respectfully requests judgment be entered against Defendant, THUNDERBIRD COLLECTION SPECIALISTS, for the following:

17. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,
18. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,
19. Actual damages,
20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

1  21. Any other relief that this Honorable Court deems appropriate.

2 **DEMAND FOR JURY TRIAL**

3  Plaintiff, MELISSA MURISON, demands a jury trial in this cause of action.

4  RESPECTFULLY SUBMITTED,

5  DATED:  January 7, 2010  KROHN & MOSS, LTD.

6

7  By:   /s/ Ryan Lee  _

8  Ryan Lee
   Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF ARIZONA

Plaintiff, MELISSA MURISON, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, MELISSA MURISON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 1-10-2010          _____
                          MELISSA MURISON

PLAINTIFF'S COMPLAINT